# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **EDCV 20-01685-JEM** | Date | September 15, 2021 |
|---|---|---|---|
| Title | **Alexander David v. Kiloko Kijakazi** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| S. Lorenzo | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PARTIES' FAILURE TO FILE JOINT STIPULATION DUE ON SEPTEMBER 10, 2021**

The Court notes that parties have failed to file their Joint Stipulation by September 10, 2021. This Court's Order extended the briefing schedule on July 28, 2021 (Dkt. 20) stating that no further extensions would be granted absent extraordinary circumstances.

Accordingly, the Court ORDERS the parties to show cause in writing on or before **September 30, 2021** why this action should not be dismissed for lack of prosecution. Parties are advised that failure to file a Joint Stipulation may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure 4(l) and 4(m).

|  | 0 : 00 |
|---|---|
| Initials of Preparer | slo |