JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER D.,                          )        Case No. EDCV 20-01685-JEM
                                       )
            Plaintiff,                 )
                                       )        **JUDGMENT**
        v.                             )
                                       )
KILOLO KIJAKAZI,                       )
Acting Commissioner of Social Security,)
                                       )
            Defendant.                 )
_____)

    In accordance with the Memorandum Opinion and Order Reversing Decision of the

Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is

REVERSED and this case REMANDED for further proceedings in accordance with the

Memorandum Opinion and Order and with law.


DATED: September 30, 2021                    _____
                                                    */s/ John E. McDermott*
                                                 JOHN E. MCDERMOTT
                                            UNITED STATES MAGISTRATE JUDGE